IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARILYN MATLOCK**                                                                   **PLAINTIFF**

VS.                            Case No. 3:19-cv-00062 PSH

**ANDREW SAUL, Commissioner,**
    **Social Security Administration**                             **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 25th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE